NUMBER
13-06-00137-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI B EDINBURG

                                                                                                                       


IN RE CARLOS GARZA, RELATOR

                                                                                                          
             

On Petition for Writ of Mandamus

                                                                                                                       


MEMORANDUM OPINION

 

Before Justices Hinojosa, Yañez,
and Garza

Memorandum Opinion
Per Curiam

Relator, Carlos Garza, filed a petition for writ of
mandamus in the above cause number on March 24, 2006.  The Court, having examined and fully
considered the petition, is of the opinion that said petition for writ of
mandamus should be denied.  Accordingly,
relator=s petition for writ of mandamus is denied.

PER CURIAM

Do
not publish.  See Tex. R. App. P. 47.2(b).

 

Memorandum
Opinion delivered and filed

this
3rd day of April, 2006.